UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

WEST BEND MUTUAL INSURANCE
COMPANY,

    Plaintiff,

Case no. 2:23-cv-11233-JJGC-EAS
MAGISTRATE JUDGE:
ELIZABETH A. STAFFORD

vs.

SERV-ICE REFRIGERATION INCORPORATED,

    Defendant.
_____/

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto by their respective counsel that said cause shall and may be dismissed with prejudice and without costs or attorney fees as to any of the parties.

/s/ Herbert L. Nussle_____
HERBERT L. NUSSLE (OHIO BAR: 0063551)
Attorney for Plaintiff

/s/Darice E. Weber_____
DARICE E. WEBER (P52084)
Attorney for Defendants

/s/ Ian N. Coote_____
IAN N. COOTE (P73154)
Attorney for Plaintiff

**SECREST WARDLE**

/s/Darice E. Weber
DARICE E. WEBER (P52084)
Attorney for Defendant
2600 Troy Center Drive
PO BOX 5025
Troy, MI 48007-5025
248-851-9500

Dated: October 8, 2024

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2024, I electronically filed the foregoing paper with the court by emailing to: efile_stafford@mied.uscourts.gov and by email to attorneys of record at their respective email addresses.

/s/Kristin A. Cristoforo
Legal Assistant to Darice E. Weber
Secrest Wardle
P.O. Box 5025
2600 Troy Center Drive
Troy, MI 48007-5025
Phone #: (248)-851-9500
Email:  kcristoforo@secrestwardle.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

WEST BEND MUTUAL INSURANCE
COMPANY,

    Plaintiff,

Case no. 2:23-cv-11233-JJGC-EAS
MAGISTRATE JUDGE:
ELIZABETH A. STAFFORD

vs.

SERV-ICE REFRIGERATION INCORPORATED,

    Defendant.

_____/

### ORDER FOR DISMISSAL

At a session of said Court held
In the United States District Court
for the Eastern District
of Michigan  _____

PRESENT: HON._____
                        Magistrate Judge

In accordance with a stipulation to that effect;

**IT IS HEREBY ORDERED** that the above-entitled cause be and the same hereby is dismissed with prejudice and without costs or attorney fees as to any of the parties;

**IT IS FURTHER ORDERED** that said Order does dispose of all pending claims and closes this matter.

                                      s/Elizabeth A. Stafford
                                      ELIZABETH A. STAFFORD
                                      U.S. MAGISTRATE JUDGE

SECREST WARDLE